UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| RESOURCE DEALER GROUP, INC ) | |
| Plaintiff ) | Civil Action No. 1:06-cv-00741-RDB |
| ) ) ) | |
| THOMAS ELIAS TOMPROS, *et al.* ) | |
| Defendants | |

## CONSENT JUDGMENT

Plaintiff Resource Dealer Group, Inc. ("RDG"), having brought this action against Defendants Thomas Elias Tompros ("Tompros" and Atlantic Dealer Services, LLC ("ADS")(collectively "Defendants") seeking damages, injunctive relief, and declaratory relief in connection with its claims for misappropriation of trade secrets, breach of contract, breach of fiduciary duty of loyalty, unfair competition, tortious interference with prospective business advantage and unjust enrichment; Defendants having consented to the Court's jurisdiction over the Defendants and the subject matter of this action; RDG and Defendants having reached a settlement of this action, having consented to entry of this Consent Judgment, having waived findings of fact and conclusions of law, and having waived any right to appeal from this Consent Judgment, by and through the stipulation of their undersigned counsel

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

Defendants shall pay $75,000.00 (Seventy-Five Thousand Dollars) to RDG within thirty (30) days of the date of this Order;

2. Thomas Elias Tompros, by himself or in combination with others, will not, at any time before December 15, 2006, (1) solicit, or attempt to solicit, directly or indirectly, any of RDG's customers in the geographic area in which Tompros was performing services from December 15, 2002 through December 15, 2004; nor shall he (2) solicit, or attempt to solicit, directly or indirectly, any of RDG's customers about whom or which he acquired confidential information during his employment with RDG; nor shall he (3) induce, or attempt to induce, directly or indirectly, any agent or employee of RDG to disassociate from RDG or to become associated with any other enterprise;

3. Thomas Elias Tompros will not, without the prior written consent of RDG, at any time, disclose or make use of any information defined in Tompros's July 1, 1992 Standard Employment Contract as confidential, including but not limited to, lists of clients and prospective clients and their business requirements and the way services can be individually tailored to the needs of particular clients together with the programs devised for clients and the materials embodying them;

4. As used herein, "RDG" shall include Resource Dealer Group, Inc. and any of its predecessors, subsidiaries, affiliates, parent companies or successors.

5. The Court shall retain jurisdiction over this cause of action and the Parties thereto for purposes of enforcing the provisions of this Consent Judgment;

6. This Order is effective immediately; and

7. The Clerk of the Court shall enter this Consent Judgment forthwith and without further notice.

WE SO CONSENT:

| SEMMES, BOWEN & SEMMES | STARK AND KEENAN, P.A. |
|---|---|
| /s/ | /s/ |
| Scott H. Phillips | Craig H. DeRan |
| 250 West Pratt Street | 30 Office Street |
| Baltimore, Maryland 21201 | Bel Air, Maryland 21014 |
| (410) 539-5040 | (410) 879-2222 |
| Counsel to Plaintiff | Counsel to Defendants |
| Dated: April 12, 2006 | Dated: April 12, 2006 |

APPROVED AND SO ORDERED:

_/s/ Richard D. Bennett_
JUDGE RICHARD D. BENNETT

Date: April 12, 2006

601642.WORD

3